AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

United States of America

v.

Michael Chu, et al.

APPEARANCE

Case Number: 07 Cr. 1143 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

May 30, 2008
Date



Signature

Lee Renzin                LR-7732
Print Name                Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,        New York          10007
City             State             Zip Code

(212) 637-2723              (212) 637-0421
Phone Number                Fax Number